IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**KIRKLAND LEANDER SMALLS,**
    Plaintiff,

vs.                        CASE NO.: 3:06cv96/LAC/MD

**LUIS BERRIOS, M.D., et al.,**
    Defendants.

---

**O R D E R**

    This cause comes on for consideration upon the magistrate judge's report and recommendation dated May 16, 2007. The plaintiff has been furnished a copy of the report and recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No objections have been filed.

    Having considered the report and recommendation, I have determined that the report and recommendation should be adopted.

    Accordingly, it is now ORDERED as follows:

    1.     The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

    2.     Defendants Ferguson and Berrios' motion for summary judgment (doc. 37) is GRANTED and the clerk is instructed to enter judgment in favor of these defendants.

    3.     Plaintiff's claim against defendant Graham is DISMISSED WITH PREJUDICE for failure to state a claim upon which relief may be granted.

    4.     Defendant Ferguson is required to pay the costs of personal service of process, $322.38, in accordance with FED.R.CIV.P. 4(d).

**5.	The clerk is directed to close this file.**

**DONE AND ORDERED this 25th day of June, 2007.**


			*s/L.A. Collier*
			**LACEY A. COLLIER
			SENIOR UNITED STATES DISTRICT JUDGE**